102 P.3d 1095

# SUPREME COURT OF HAWAIʻI

**December 3, 2004**

| 24925 | State v. Alcaide | Affirmed |
|-------|------------------|----------|

**December 22, 2004**

| 25237 | State v. Duering | Affirmed |
|-------|------------------|----------|